USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBIN SMYTH,

            Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference scheduled for December 10, 2015 at 2:45 p.m. is adjourned to **Wednesday, January 13, 2016 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that the time between December 10, 2015 and January 13, 2016 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). This Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial in that the continuance will afford the parties time to engage in discussions concerning a possible disposition of this matter.

Dated: New York, New York
      December 9, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge