# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>ROBIN SMYTH<br>*Defendant* | )<br>)<br>) Case No. 15 CR. 536 (PGG)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBIN SMYTH                                                                                    .

Date: __01/04/2016__

/s/ MICHAEL BACHNER
*Attorney's signature*

MICHAEL BACHNER -MFB 7719
*Printed name and bar number*

39 BROADWAY - SUITE 1610
NY NY 10006
*Address*

MB@BHLAWFIRM.COM
*E-mail address*

(212) 344-7778
*Telephone number*

(212) 344-7774
*FAX number*