

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2018

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Tuzman et al.,
      15 Cr. 536 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter to request that the Court adjourn Robin Smyth's and Stephen Maiden's sentencing control dates, which were set for July 9 and July 10, 2018, respectively, for at least 90 days. The defendants consent to the Government's request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _____/s_____
      Damian Williams
      Andrea M. Griswold
      Joshua A. Naftalis
      Assistant United States Attorneys
      (212) 637-2298/1205/2310

cc:   Defense Counsel (by ECF)